UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

BILLY FRANK COX,

        Defendant.

Cr. No.  2:88-0272  WBS GGH
Civ. No. 2:06-2367  WBS

ORDER

----oo0oo----

        Defendant Billy Frank Cox has filed a document entitled Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241.  The United States Attorney shall file a response to the Petition on or before November 27, 2006.  Defendant shall file his reply, if any, on or before December 11, 2006.  The matter will then be taken under submission.

        IT IS SO ORDERED.

DATED: October 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE