UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BILLY FRANK COX,

        Defendant.

NO. CR.  S-88-0272 WBS
NO. CIV. S-06-2367 WBS

<u>ORDER</u>

----oo0oo----

        Defendant Billy Frank Cox filed a document entitled "Petition for Habeas Corpus (28 U.S.C. Section 2241; U.S. Constitution, Fifth Amendment)" in the United States District Court for the Northern District of California, on October 25, 2006.  The asserted basis for the petition was that this court determined a fact for sentencing purposes which was constitutionally required to be found by the jury.

        Because defendant's conviction arose out of this district, the matter was transferred to this court.  Currently before the court are (1) a motion of the defendant to transfer the matter back to the Northern District of California, where he is currently confined, and (2) a motion by the United States to dismiss the petition as an unauthorized successive petition under

1

28 U.S.C. § 2255.  The court denies defendant's motion and grants the government's motion to dismiss.

First, the matter was properly transferred to this court.  Although the action may be captioned as a habeas corpus petition attacking how the sentence is being executed, it is clearly an attempt to have defendant's sentence vacated or set aside, and as such it is properly considered under 18 U.S.C. § 2255.  Second, the petition is clearly a successive section 2255 petition.[1]  Under section 2255, no second or successive motion or petition may be considered unless it is certified by the Court of Appeals to contain newly discovered evidence or a new rule of constitutional law made retroactive to cases on collateral review. Here, no such certificate has been issued by the Court of Appeals.

IT IS THEREFORE ORDERED that defendant's motion to retransmit this matter to the United States District Court for the Northern District of California be, and the same hereby is, DENIED;

AND IT IS FURTHER ORDERED that the government's motion to dismiss the instant petition be, and the same hereby is, GRANTED.

DATED:  December 4, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] See Clerk's Docket Nos. 480 (motion pursuant to § 2255); 495 (order denying 2255 motion, filed May 1, 1998); 509 (second order denying 2255 motion); 526 (first successive 2255 petition); 548 (new 2255 petition); 573 )order denying new 2255 petition).